JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DEBI H. SILJANDER, M.D.,

               Plaintiff,

     v.

DIGNITY HEALTH, *et al.*,

               Defendants.

Case No. 2:26-cv-06491-FLA (CTSx)

**ORDER APPROVING STIPULATION TO REMAND ACTION [DKT. 17]**

On July 3, 2026, the parties filed the subject Stipulation to Remand Action ("Stipulation").  Dkt. 17.

Having reviewed and considered the Stipulation and finding good cause therefor, the court hereby APPROVES the Stipulation and REMANDS the action to the Los Angeles County Superior Court, Case No. 26STCV14665.

IT IS SO ORDERED.

Dated: July 6, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1